No. 78–1704. CALIFORNIA INSPECTION RATING BUREAU *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 78–1713. ALSTON *v.* ALLEGHENY-LUDLUM STEEL CORP., A DIVISION OF ALLEGHENY-LUDLUM INDUSTRIES, INC. C. A. 3d Cir. Certiorari denied.

No. 78–1718. POE *v.* KUYK ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–1723. STATES STEAMSHIP CO. ET AL. *v.* ZIRPOLI, U. S. DISTRICT JUDGE (R. J. REYNOLDS TOBACCO CO. ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 78–1735. FABSTEEL COMPANY OF LOUISIANA *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 78–1736. MIGELY *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 78–1750. TUSSEL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–1762. GONZALEZ-PEREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–1763. MCBREARTY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–1772. UNITED ARTISTS CORP. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–5996. ANZALDUA *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 78–6396. FARMER *v.* UNITED STATES PAROLE COMMISSION. C. A. 4th Cir. Certiorari denied.